AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Indian Harbor Insurance Company | ) |
| _Plaintiff_ | ) |
| v. | ) |
| The City of San Diego | ) |
| _Defendant_ | ) |

Civil Action No.

## 12 CIV 5787

JUDGE KOELTL

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  The City of San Diego
City Clerk - Elizabeth Maland
202 'C' Street, 2nd Floor
San Diego, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christine Megna Van Gelder
Duane Morris LLP
1540 Broadway
New York, NY 10036
Attorneys for Plaintiff Indian Harbor Insurance Company

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

_CLERK OF COURT_

Date: JUL 2 7 2012

_Signature of Clerk or Deputy Clerk_

Christine Megna Van Gelder
Jessica A. Bohl (admission pending)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
(212) 692-1000

Attorney(s) for :      Plaintiff, Indian Harbor Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:   INDIAN HARBOR INSURANCE COMPANY         Case No:   12CIV5787

Defendant: THE CITY OF SAN DIEGO                     PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

Summons and Complaint; Electronic Case Filing Rules and Instructions; Individual Practices of Judge John G. Kohl; and Individual Practices of Magistrate Judge Kevin Nathaniel Fox

2. a.  Party served:        The City of San Diego
   b.  Person served:       Tracy Stevens, Clerk, Authorized to Accept
   c.  Place of Service:    202 C Street, 2nd Floor
                            San Diego, CA 92101
                            {Business}

3. I served the party named in item 2
   a.  By personally delivering copies to the person served.
       (1)  on:             07/27/2012
       (2)  at:             3:05 p.m.

4. Person serving:                       a.  Fee for Service:$  50.00
   Mel Pascua                            b.  Exempt from registration under
   CALEXPRESS                                Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA   92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:    07/30/2012                      Signature:

PROOF OF SERVICE