UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

INDIAN HARBOR INSURANCE COMPANY,

          Plaintiff,

  -against-

THE CITY OF SAN DIEGO,

          Defendant.

-----------------------------------------------------------X

Case No. 12-CV-5787

**RULE 7.1
DISCLOSURE
STATEMENT**

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1., Plaintiff Indian Harbor Insurance Company ("Indian Harbor") hereby makes its corporate disclosure statement:

Indian Harbor Insurance Company is a wholly-owned indirect subsidiary of XL Group plc, a publicly-held Ireland company listed on the New York Stock Exchange.

Dated: July 27, 2012

                        **DUANE MORRIS LLP**
                        Attorneys for Plaintiff Indian Harbor Insurance Company

                        By: _/s/ Christine Van Gelder_

                        Christine Megna Van Gelder
                        Jessica A. Bohl (admission pending)
                        DUANE MORRIS LLP
                        1540 Broadway
                        New York, NY 10036
                        Tel. (212) 692-1000
                        Fax. (212) 692-1020
                        cmvangelder@duanemorris.com
                        jabohl@duanemorris.com

**DUANE MORRIS LLP**
Attorneys for Plaintiff Indian Harbor Insurance Company

Max H. Stern (*pro hac vice* to be submitted)
Jessica E. La Londe (*pro hac vice* to be submitted)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
mhstern@duanemorris.com
jelalonde@duanemorris.com