DUANE MORRIS LLP
750 B Street
# 2900
San Diego, CA 92101
(619) 744-2203

Attorney(s) for :     Plaintiff, INDIAN HARBOR INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:   INDIAN HARBOR INSURANCE COMPANY          Case No:   12-CIV-5787

Defendant: THE CITY OF SAN DIEGO                     PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

2. a. Party served:      The City of San Diego
   b. Person served:     Tracy Stevens, Clerk
   c. Place of Service:  202 C Street, 2nd Floor
                         San Diego, CA 92101
                              {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    08/15/2012
      (2) at:    2:14 p.m.

4. Person serving:                          a. Fee for Service: $ 50.00
   Laura Hartman                            b. Exempt from registration under
   CALEXPRESS                                  Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   08/16/2012                          Signature: _____

PROOF OF SERVICE