```
                                                          USDC SDNY
                                                          DOCUMENT
UNITED STATES DISTRICT COURT                              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                             DOC#
-----------------------------------------------------X    DATE FILED: 8/27/12
                                                  :
INDIAN HARBOR INSURANCE COMPANY,                  :
                                                  :
                    Plaintiff,                    :   12 civ 5787
                                                  :
        -against-                                 :   ORDER FOR ADMISSION
                                                  :   PRO HAC VICE
        THE CITY OF SAN DIEGO,                    :
                                                  :
    Defendant.                                    :
                                                  :
-----------------------------------------------------X
```

The motion of Max H. Stern, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> Max H. Stern
> Duane Morris LLP
> One Market Plaza, Spear Tower, Suite 2200
> San Francisco, CA 94105-1127
> 415-957-3000
> 415-957-3001 (Fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Indian Harbor Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned cased in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 24, 2012

_____
United States District/Magistrate Judge

DM1\3477751.1

**THE STATE BAR
OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 10, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MAXIMILIAN HUNTER STERN, #154424 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; that at his request, on March 11, 2002, his name was changed to MAX H. STERN on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records