| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 8/29/12 |

INDIAN HARBOR INSURANCE COMPANY,

    Plaintiff,

   -against-

THE CITY OF SAN DIEGO,

 Defendant.

------------------------------------------------------------X

12 civ 5787

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Jessica Erin La Londe, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the states of California and Virginia as well as the District of Columbia Court of Appeals; and that her contact information is as follows:

    Jessica Erin La Londe
    Duane Morris LLP
    One Market Plaza, Spear Tower, Suite 2200
    San Francisco, CA 94105-1127
    415-957-3000
    415-957-3001 (Fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Indian Harbor Insurance Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned cased in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 28, 2012

                                                        _____
                                                        United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 10, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JESSICA ERIN STOCKTON, #235744 was admitted to the practice of law in this state by the Supreme Court of California on March 2, 2005; that at her request, on February 2, 2007, her name was changed to JESSICA ERIN LALONDE on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records