UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INDIAN HARBOR INSURANCE COMPANY,

        Plaintiff,

    -against-

THE CITY OF SAN DIEGO,

        Defendant.

-----------------------------------------------------------------X

Civil Action No.: 12-cv-5787 (JGK)

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, Jessica A. Bohl, of the law firm of Duane Morris LLP hereby enters her appearance as counsel for Plaintiff, Indian Harbor Insurance Company in the above referenced case.

Dated: New York, New York
       September 7, 2012

                                      Respectfully submitted,
                                      DUANE MORRIS LLP

                                      By: /s/ Jessica Arlauckas Bohl
                                          Jessica Arlauckas Bohl
                                          E-mail: jabohl@duanemorris.com
                                          1540 Broadway
                                          New York, New York 10036
                                          Attorneys for Plaintiff Indian Harbor
                                          Insurance Company
                                          Telephone: +1 212 692 1000
                                          Fax: + 212 692 1020