UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

Indian Harbor Insurance Company,    Plaintiff,

-against-

The City of San Diego    Defendant.

12 cv cv 5787    ( JGK )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Christine M. Leone, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: Christine M. Leone

Firm Name: OFFICE OF THE SAN DIEGO CITY ATTORNEY

Address: 1200 Third Avenue, Suite 1100

City / State / Zip: San Diego, California 92101

Telephone / Fax: (619) 533-6392 / 533-5856

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the City of San Diego in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/7/12

United States District / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9-7-12

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY that Christine M. Leone was duly admitted to practice in said Court on February 26, 2007, and is in good standing as a member of the bar of said Court.

Dated at San Diego, CA

on August 2, 2012

W. SAMUEL HAMRICK, JR.
Clerk

By  D. SUTTON ,
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indian Harbor Insurance Company,

                    Plaintiff,

      -against-

The City of San Diego

                    Defendant.

12 cv 5787 (JGK )

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Christine M. Leone**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **the City of San Diego** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **California** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 8/2/12

Respectfully Submitted,

*/s/ Christine Leone*

Applicant Signature

Applicant's Name: **Christine M. Leone**

Firm Name: **OFFICE OF THE SAN DIEGO CITY ATTORNEY**

Address: **1200 Third Avenue, Suite 1200**

City / State / Zip: **San Diego, California 92101**

Telephone / Fax: **(619) 533-5800/533-5856**

E-Mail: **LeoneC@sandiego.gov**