UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

INDIAN HARBOR INSURANCE COMPANY,

                Plaintiff,            12 Civ. 5787 (JGK)

    - against -              ORDER

THE CITY OF SAN DIEGO,

                Defendant.
_____

JOHN G. KOELTL, District Judge:

     As stated at today's conference, the time for the defendant

to move or answer the Amended Complaint is extended to **October

3, 2012**.  The plaintiff shall respond to a motion made by the

defendant by **October 22, 2012**.  The defendant shall reply to the

plaintiff's response by **November 2, 2012.**

SO ORDERED.

Dated:    New York, New York
         September 27, 2012

                              John G. Koeltl
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____9/28/12_____