UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
INDIAN HARBOR INSURANCE          :
COMPANY,                         :
                                 :
        Plaintiff,               :
                                 :   Case No. 12cv-5787 (JGK –KNF)
        - against -              :   ECF Case
                                 :
THE CITY OF SAN DIEGO,           :
                                 :
        Defendant                :
---------------------------------X

### NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE

Jan I. Goldsmith, City Attorney
Christine Leone
Chief Deputy City Attorney
Land Use Litigation
Office of the San Diego
City Attorney
1200 Third Ave., Suite 1100
San Diego, CA 92101
Ph. (619) 533-6392
Fax (619) 533-5856
*PRO HAC VICE*

PLEASE TAKE NOTICE that defendant City of San Diego hereby moves this Court, pursuant to Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing this action on the grounds that the Court lacks personal jurisdiction over this defendant, and that the venue in this action is improper.

This motion is and will be based on this Notice of Motion, the Memorandum of Law and the Request for Judicial Notice filed and served herewith, and upon the papers, records and pleadings on file herein.

DATED: October 2, 2012                     CITY OF SAN DIEGO

                                           Attorneys for Defendant
                                           City of San Diego


                                   By:     s/Christine Leone
                                           Christine Leone
                                           Chief Deputy City Attorney
                                           Land Use Litigation
                                           Office of the San Diego
                                           City Attorney
                                           1200 Third Ave., Suite 1100
                                           San Diego, CA 92101
                                           Ph. (619) 533-6392
                                           Fax (619) 533-5856
                                           E-mail: leonec@sandiego.gov
                                           *PRO HAC VICE*