UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
INDIAN HARBOR INSURANCE COMPANY,   :
:
             Plaintiff,      :
:
                                     :   Case No. 12-CIV-5787
       -against-                    :
:
THE CITY OF SAN DIEGO,   :
:
            Defendant.   :
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that Christine Megna Van Gelder of the firm Duane Morris LLP, hereby withdraws as counsel for plaintiff Indian Harbor Insurance Company in the above-captioned matter. Effective immediately, please remove Christine Megna Van Gelder from the service list of this action. All other counsel of record for plaintiff remain the same.

Dated: New York, New York
        October 23, 2012

                              DUANE MORRIS LLP

                              Attorneys for Plaintiff
                              Indian Harbor Insurance Company

              By:   */s/ Christine Van Gelder*
                              Christine Megna Van Gelder
                              Jessica A. Bohl
                              DUANE MORRIS LLP
                              1540 Broadway
                              New York, NY 10036
                              Tel. (212) 692-1000
                              Fax. (212) 692-1020
                              cmvangelder@duanemorris.com
                              jabohl@duanemorris.com

**DUANE MORRIS LLP**
Attorneys for Plaintiff
Indian Harbor Insurance Company
Max H. Stern
Jessica E. La Londe
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
mhstern@duanemorris.com
jelalonde@duanemorris.com

DM1\3575927.1

3

## AFFIRMATION OF SERVICE

I, Christine Megna Van Gelder, an attorney, hereby certify that I caused a true and correct copy of the Notice of Withdrawal of Counsel to be served on Christine Marie Leone, City of San Diego City Attorney's Office, 1200 Third Avenue, Suite 1100, San Diego, NY 92101, attorneys for Defendant, The City of San Diego, on October 23, 2012 via the U.S. District Court CM/ECF e-filing system.

Dated:   October 23, 2012                              /s/ Christine Megna Van Gelder
                                                       Christine Megna Van Gelder