**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                       :
INDIAN HARBOR INSURANCE COMPANY,      :
                                                       :
                        Plaintiff,             :
                                                       :
             -against-                         :
                                                       :
THE CITY OF SAN DIEGO,                       :
                                                       :
                        Defendant.           :
                                                       :
-------------------------------------------------------------X

Case No. 12 CIV 5787 (JGK)
     ECF Case

**INDIAN HARBOR INSURANCE**
**COMPANY'S NOTICE OF MOTION**
**AND MOTION TO ENJOIN**

Courtroom:    12B
Judge:           Hon. John G. Koeltl

Complaint Filed:  July 27, 2012
F.A.C. Filed:       August 14, 2012

TO THE CITY OF SAN DIEGO, ITS COUNSEL, AND THE COURT:

PLEASE TAKE NOTICE that plaintiff Indian Harbor Insurance Company hereby moves

this Court for an order enjoining the City of San Diego from proceeding with a second-filed

lawsuit in the United States District Court for the Southern District of California, which case

involves the same parties as this case, the same issues, and was filed almost two months after this

litigation.

///

///

///

///

///

///

///

///

///

///

///

This motion is based on this Motion, the Memorandum of Law, the Declaration of Jessica A. Bohl, the Declaration of J. Robert McMahon, all served concurrently herewith, and on all papers and pleadings on file herein.

Dated: October 26, 2012

> **DUANE MORRIS LLP**
>
> Attorneys for Plaintiff Indian Harbor Insurance Company
>
> By:      /s/ Jessica A. Bohl
>
> Jessica A. Bohl
> Sheila Raftery Wiggins
> DUANE MORRIS LLP
> 1540 Broadway
> New York, NY 10036
> Tel. (212) 692-1000
> Fax. (212) 692-1020
> jabohl@duanemorris.com
> srwiggins@duanemorris.com
>
> **DUANE MORRIS LLP**
> Attorneys for Plaintiff Indian Harbor Insurance Company
>
> Max H. Stern (*pro hac vice*)
> Jessica E. La Londe (*pro hac vice*)
> DUANE MORRIS LLP
> One Market, Spear Tower, Suite 2000
> San Francisco, CA 94105-1104
> Telephone: 415.957.3000
> Facsimile: 415.957.3001
> mhstern@duanemorris.com
> jelalonde@duanemorris.com

DM1\3538047.1