UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
INDIAN HARBOR INSURANCE  :
COMPANY,  :
   :
    Plaintiff,  :
   :  Case No. 12cv-5787 (JGK –KNF)
    - against -  :  ECF Case
   :
THE CITY OF SAN DIEGO,  :
   :
    Defendant  :
------------------------------------X

## DECLARATION OF SERVICE

    I, the undersigned, declare that: I am over the age of 18 years and not a party to the case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101-4100. I, further declare that, on **November 2, 2012**, I electronically filed the following document:

    1.    **REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE**

    2.    **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY ON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE**

with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of New York to the e-mail addresses as follows:

| Jessica A. Bohl<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel. (212) 692-1000<br>Fax (212) 692-1020<br>cmvangelder@duanemorris.com<br>jabohl@duanemorris.com<br>Attorneys for Plaintiff Indian Harbor Insurance Company | Max H. Stern<br>Jessica E. La Londe<br>DUANE MORRIS LLP<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA 94105-1104<br>Tel.: (415) 957-3000<br>Fax: (415) 957-3001<br>mhstern@duanemorris.com<br>jelalonde@duanemorris.com<br>Attorneys for Plaintiff Indian Harbor Insurance Company |

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this **November 2, 2012**, at San Diego, California.

_____
Merlita C. Sarmiento