UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIAN HARBOR INSURANCE CO.,

                                          12 Civ. 5787 (JGK)
                    Plaintiff,
                                          ORDER
          - against -

THE CITY OF SAN DIEGO,

                    Defendants.

JOHN G. KOELTL, District Judge:

        Both the Motion to Dismiss and the Motion to Enjoin should be

heard together.  The Motion to Dismiss is fully briefed.  The

response to the Motion to Enjoin should be submitted by **November

12, 2012**.  The reply should be submitted by **November 16, 2012**.

The Court will hear argument on both motions on **November 28, 2012**

at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
          November 6, 2012

                                    John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11/7/12__