AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Indian Harbor Insurance Company ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12cv05787 |
| The City of San Diego ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, The City of San Diego.

Date: 11/13/2012

s/ Kathleen F. Donovan
*Attorney's signature*

Kathleen F. Donovan
*Printed name and bar number*

Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
*Address*

kdonovan@andersonkill.com
*E-mail address*

(212) 278-1000
*Telephone number*

(212) 278-1733
*FAX number*