**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/19/12

---

INDIAN HARBOR INSURANCE COMPANY,

                Plaintiff,

v.

THE CITY OF SAN DIEGO,

                Defendant.

Case No. 12cv-5787 (JGK-KNF)

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

---

Upon the motion of Kathleen F. Donovan, Esq., attorneys for Defendant The City of San Diego, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> David P. Bender, Esq.
> Anderson Kill & Olick, P.C.
> 864 E. Santa Clara Street
> Ventura, CA 93001
> Tel: (805) 288-1300
> Fax: (805) 288-1301

is admitted to practice *pro hac vice* as counsel for Attorneys for Defendant The City of San Diego, in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: November 19, 2012

                                                _____
                                                United States District Judge John G. Koeltl

imanage-172683.1