UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, | : |
| Plaintiff, | : |
| - against - | : CIVIL ACTION NO. |
| | : 12-CV-5787 (JGK) |
| THE CITY OF SAN DIEGO, | : |
| Defendant. | : |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT, Sheila Raftery Wiggins, of the law firm of Duane Morris LLP hereby enters her appearance as counsel for Plaintiff, Indian Harbor Insurance Company in the above referenced case.

Dated: New York, New York
November 21, 2012

Duane Morris LLP

By: /s/ Sheila Raftery Wiggins
Sheila Raftery Wiggins
E-mail: srwiggins@duanemorris.com

One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-5429
Telephone: +1 973 424 2000
Fax: +1 973 424 2001

Attorneys for Plaintiff Indian Harbor Insurance Company