UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDIAN HARBOR INSURANCE CO.,

        Plaintiff,

   - against -

THE CITY OF SAN DIEGO,

        Defendant.

---

12 Civ. 5787 (JGK)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  11/29/2012
```

JOHN G. KOELTL, District Judge:

    For the reasons stated at today's argument, the defendant's motion to dismiss is **denied** and the plaintiff's motion to enjoin is **granted**. The Clerk is directed to **close Docket Nos. 16 and 23**.

    The time for the defendant to answer the complaint is extended to **January 4, 2013**. The time for the plaintiff to respond to any counterclaims is **January 14, 2013**. A conference is scheduled in this matter for **January 10, 2013 at 4:30pm**.

SO ORDERED.

Dated:    New York, New York
           November 28, 2012

                                            _____
                                            John G. Koeltl
                                        United States District Judge