**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

INDIAN HARBOR INSURANCE COMPANY,

              Plaintiff,

-against-

THE CITY OF SAN DIEGO,

              Defendant.

-------------------------------------------------------------X

Case No. 12 CIV 5787 (JGK)
    ECF Case

**ORAL ARGUMENT REQUESTED**

**INDIAN HARBOR INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Courtroom:  12B
Judge:       Hon. John G. Koeltl

Complaint Filed:  July 27, 2012
F.A.C. Filed:      August 14, 2012

TO THE CITY OF SAN DIEGO, ITS COUNSEL, AND THE COURT:

PLEASE TAKE NOTICE that plaintiff Indian Harbor Insurance Company hereby moves this Court for summary judgment against the City of San Diego based on the City's late notice to Indian Harbor of each of the three underlying claims that are at issue in this lawsuit.

///

///

///

///

///

///

///

///

///

///

///

This motion is based on this Motion, the Memorandum of Law, the Declaration of Max H. Stern, the Declaration of J. Robert McMahon, the Request for Judicial Notice, and the Local Rule 56.1 statement, all served concurrently herewith, and on all papers and pleadings on file herein.

Dated: February 1, 2013

**DUANE MORRIS LLP**

Attorneys for Plaintiff Indian Harbor Insurance Company

By:    /s/ Max H. Stern
Max H. Stern

Max H. Stern (*pro hac vice*)
Jessica E. La Londe (*pro hac vice*)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
mhstern@duanemorris.com
jelalonde@duanemorris.com

**DUANE MORRIS LLP**

Attorneys for Plaintiff Indian Harbor Insurance Company

Sheila Raftery Wiggins
Jessica A. Bohl
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel. (212) 692-1000
Fax. (212) 692-1020
srwiggins@duanemorris.com
jabohl@duanemorris.com

DM1/3646943