UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>                            Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO,<br><br>                            Defendant. | Case No. 12cv-5787 (JGK-KNF)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* ON**<br>**WRITTEN MOTION** |

Upon the motion of Kathleen F. Donovan, Esq., attorneys for Defendant The City of San Diego, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Michael J. Stoner, Esq.
        Anderson Kill & Olick, P.C.
        864 E. Santa Clara Street
        Ventura, CA 93001
        Tel: (805) 288-1300
        Fax: (805) 288-1301

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/2/2013

is admitted to practice *pro hac vice* as counsel for Attorneys for Defendant The City of San Diego, in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~November ___, 2012~~
       4/1/13

                                                                        _[signature]_
                                                     United States District Judge John G. Koeltl

imanage-172778.1