SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
COMMERCIAL DIVISION

------------------------------------------------------------X
:
INDIAN HARBOR INSURANCE COMPANY,    :
:
Plaintiff,    :
:    Index No.: 651713/2013
v.    :
:    **NOTICE OF MOTION TO**
CSAC EXCESS INSURANCE AUTHORITY and  :    **CONSOLIDATE AND STAY**
INSURANCE COMPANY OF THE STATE OF    :    **RELATED ACTIONS**
PENNSYLVANIA,    :
:
Defendants.    :
:
------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the accompanying Affirmation of Jessica A. Bohl, sworn to on May 30, 2013, the supporting Memorandum of Law, and upon all the prior pleadings, Plaintiff Indian Harbor Insurance Company ("Indian Harbor") hereby moves for the following two Orders:

    (1)    An Order pursuant to CPLR § 602(a) consolidating the action entitled *Indian Harbor Insurance Company v. CSAC Excess Insurance Authority, et al.*, Index No. 651713/2013 ("*CSAC* Action") with the action entitled *Indian Harbor Insurance Company v. City of San Diego*, Index No. 157014/2012 pending, but stayed by stipulation, in front of Judge Kornreich as the matters involve common questions of law and fact; and

    (2)    An Order pursuant to CPLR § 2201 staying the *CSAC* Action because an identical case is pending in the United States District Court for the Southern District of New York.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to CPLR § 2214(b), opposition papers, if any, are to be served on or before June 21, 2013, with reply papers, if any, to be served on or before June 27, 2013.

**PLEASE TAKE FURTHER NOTICE** that this motion is returnable at the Motion Support Office Courtroom, 60 Centre Street, New York, New York, Room 130, on June 28, 2013.

Dated: May 30, 2013	Respectfully submitted,

**DUANE MORRIS LLP**

Attorneys for Plaintiff Indian Harbor Insurance Company

By:	    /s/ Jessica A. Bohl    

Sheila Raftery Wiggins
Jessica A. Bohl
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel. (212) 692-1000
Fax. (212) 692-1020
srwiggins@duanemorris.com
jabohl@duanemorris.com

**DUANE MORRIS LLP**
Attorneys for Plaintiff Indian Harbor Insurance Company

Max H. Stern (*pro hac vice* to be submitted)
Jessica E. La Londe (*pro hac vice* to be submitted)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
mhstern@duanemorris.com
jelalonde@duanemorris.com