UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INDIAN HARBOR INSURANCE COMPANY,                            :
                                                            :
                Plaintiff,                                  :
                                                            :   Case No.  12 CIV 5787 (JGK)
        -against-                                           :
                                                            :
THE CITY OF SAN DIEGO,                                      :
                                                            :
                Defendant.                                  :
                                                            :
------------------------------------------------------------X
                                                            :
INDIAN HARBOR INSURANCE COMPANY,                            :
                                                            :
                Plaintiff,                                  :
                                                            :
        -against-                                           :   Case No. 13 CIV 3426 (JGK)
                                                            :
CSAC EXCESS INSURANCE AUTHORITY and                         :
INSURANCE COMPANY OF THE STATE OF                           :
PENNSYLVANIA,                                               :
                                                            :
                Defendant                                   :
                                                            :
------------------------------------------------------------X

## NOTICE OF MOTION TO CONSOLIDATE RELATED CASES

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42(a) Indian Harbor Insurance Company ("Indian Harbor") hereby moves this Court to consolidate two actions pending in front of Judge Koeltl entitled *Indian Harbor Insurance Company v. the City of San Diego*, Case No. 12 Civ. 5787 (the "*San Diego* Action") and *Indian Harbor Insurance Company v. CSAC Excess Insurance Authority, et al.*, Case No. 13 Civ. 3426 (the "*CSAC* Action") as the matters involve common questions of law and fact.

///

///

This motion is based on this Motion, the Memorandum of Law, and the Declaration of Jessica A. Bohl, all served concurrently herewith, and on all papers and pleadings on file herein.

Dated: May 30, 2013

**DUANE MORRIS LLP**

Attorneys for Plaintiff Indian Harbor Insurance Company

By:             /s/ Jessica A. Bohl

Sheila Raftery Wiggins
Jessica A. Bohl
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel. (212) 692-1000
Fax. (212) 692-1020
srwiggins@duanemorris.com
jabohl@duanemorris.com

**DUANE MORRIS LLP**
Attorneys for Plaintiff Indian Harbor Insurance Company

Max H. Stern (*pro hac vice* as to Case No.12-cv-5787)
Jessica E. La Londe (*pro hac vice* as to Case No.12-cv-5787)
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
mhstern@duanemorris.com
jelalonde@duanemorris.com