UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INDIAN HARBOR INSURANCE COMPANY,                            :
                                                            :
                    Plaintiff,                              :
                                                            :   Case No.  12 CIV 5787 (JGK)
        -against-                                           :
                                                            :
THE CITY OF SAN DIEGO,                                      :
                                                            :
                    Defendant.                              :
                                                            :
------------------------------------------------------------X
                                                            :
INDIAN HARBOR INSURANCE COMPANY,                            :
                                                            :
                    Plaintiff,                              :
                                                            :
        -against-                                           :   Case No. 13 CIV 3426 (JGK)
                                                            :
CSAC EXCESS INSURANCE AUTHORITY and                         :
INSURANCE COMPANY OF THE STATE OF                           :
PENNSYLVANIA,                                               :
                                                            :
                    Defendant                               :
                                                            :
------------------------------------------------------------X

## DECLARATION OF JESSICA A. BOHL IN SUPPORT OF INDIAN HARBOR'S MOTION TO CONSOLIDATE RELATED CASES

I, Jessica A. Bohl, affirm as follows:

1. I am an attorney at law admitted to practice before the United States District Court for the Southern District of New York, am an associate in the law firm of Duane Morris LLP, and am a counsel of record for Plaintiff Indian Harbor Insurance Company in both of the above-captioned matters. The following facts are within my personal knowledge and if called as a witness, I could and would testify competently thereto.

2.	Attached as **Exhibit 1** hereto is a true and correct copy of the First Amended Complaint and its exhibit filed in the action entitled *Indian Harbor Insurance Company v. The City of San Diego*, Case No. 12 CIV 5787, pending in this Court in front of Judge Koeltl ("*San Diego* Action").

3.	Attached as **Exhibit 2** hereto is a true and correct copy of the Counterclaim filed by The City of San Diego in the *San Diego* action.

4.	Attached as **Exhibit 3** hereto is a true and correct copy of the Complaint and its exhibits filed in the action entitled *Indian Harbor Insurance Company v. CSAC Excess Insurance Authority, et al.*, Case No. 13 Civ 3246, pending in this Court ("*CSAC* Action").

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May 2013, at New York, New York.

             /s/ Jessica A. Bohl
            Jessica A. Bohl, Esq.

2