UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,                Case No.: 12 CIV 5787 (JGK)

              Plaintiff,

   -against-                                  **AFFIDAVIT OF SERVICE**

THE CITY OF SAN DIEGO,

              Defendant.
------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,                Case No.: 13 CIV 3426 (JGK)

              Plaintiff,

   -against-

CSAC EXCESS INSURANCE AUTHORITY and
INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA,

              Defendant.
------------------------------------------------------------X

       ONIKA D. MCLEAN, being duly sworn, deposes and says:

       1. I am employed by the firm of Duane Morris LLP.

       2. I am over 18 years of age, reside in Brooklyn, New York and am not a party to this action.

       On May 30, 2013, I caused service by mailing a true and correct copy of the following documents: (1) Notice of Motion to Consolidate Related Cases, (2) Memorandum of Law, (3) Declaration of Jessica Bohl along with related Exhibits

       via first class mail, enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

Andrew R. Holland
Insurance Company of the State of Pennsylvania
175 Water Street, 18th Floor
New York, New York 10038

Michael Fleming
CSAC Excess Insurance Authority
75 Iron Point Circle, Suite 200
Folsom, California 95630

_____
ONIKA D. MCLEAN

Sworn to before me this
31st day of May, 2013.

_____
Notary Public

LAURIE DEALE
Notary Public, State of New York
No. 01DE6144191
Qualified in West Chester County
COMMISSION EXPIRES 04/24/2014