UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
INDIAN HARBOR,

                Plaintiff(s),

      -against-

CITY OF SAN DIEGO,

                Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 5787 (JGK)
13 civ 3246 (JGK)
13 civ 4029 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, June 27, 2013** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
         June 20, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2013