# ANDERSON KILL WOOD & BENDER, P.C.

*Settle for Everything.* ®

864 EAST SANTA CLARA STREET■ VENTURA, CA 93001
TELEPHONE: 805-288-1300 ■ FAX: 805-288-1301
www.andersonkill.com

Caroline R. Hurtado, Esq.
churtado@andersonkill.com

**VIA FACSIMILE**

June 25, 2013

Hon. John G. Koeltl
United States District Judge
United States District Court,
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



RECEIVED JUN 25 2013 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

Re: *Indian Harbor Insurance Company v. City of San Diego*
12 civ 5787 (JGK); 13 civ 3246 (JGK); 13 civ 4029 (JGK)

Dear Judge Koeltl:

The Parties have conferred and agreed to an adjournment of the June 27 hearing to **July 26 at 4:30 p.m.**, subject to the Court's availability.

In addition, unless otherwise ordered by the Court, there is agreement that CSAC Excess Insurance Authority and Insurance Company of the State of Pennsylvania's time to respond to the complaints and all parties' responses to Indian Harbor's motion for consolidation shall be 14 days following the July 26 conference.

Thank you very much.

Very truly yours,

ANDERSON KILL WOOD & BENDER, P.C.

By CAROLINE R. HURTADO

*[Handwritten: ADJOURNED TO FRIDAY JULY 26, 2013 AT 4:30PM SO ORDERED, /s/ 6/26/13 USDJ]*

USDC SDNY
DOCUMENT
[ELECTRONICALLY FILED]
DOC #
DATE FILED: 6/27/13

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Burlington, VT
imanage-183306.1

**Anderson Kill Wood & Bender, P.C.**

Hon. John G. Koeltl
United States District Judge                                          *VIA FACSIMILE*
June 25, 2013
Page 2

cc:   Sheila Raftery Wiggins, Esq. (via email)
      Jessica A. Bohl, Esq. (via email)
      Jessica E. La Londe, Esq. (via email)
      Max H. Stern Esq. (via email)
      Kevin Cavaliere, Esq. (via email)
      Mitchell J. Auslander, Esq. (via email)
      Christine Marie Leone, Esq. (via email)

CRH:em

imanage-183306.1