

RECEIVED
JUL 17 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

MAX H. STERN
DIRECT DIAL: +1 415 957 3129
PERSONAL FAX: +1 415 276 5887
E-MAIL: MHStern@duanemorris.com

www.duanemorris.com

July 18, 2013

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/18/13

VIA FACSIMILE

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Indian Harbor Insurance Company v. City of San Diego*
12 civ 5787 (JGK); 13 civ 3246 (JGK); 13 civ 4029 (JGK)

Dear Judge Koeltl:

Indian Harbor Insurance Company writes to request that the Court permit the undersigned lead trial counsel (Max Stern) to appear telephonically for the conference scheduled before Your Honor on Friday, July 26, 2013 at 4:30 p.m. Sheila Raftery Wiggins, from the New York office of Duane Morris, would appear in person on behalf of Indian Harbor at the conference, along with my telephonic appearance.

Thank you for your consideration.

Very truly yours,

Max H. Stern

MHS:js
cc: Caroline R. Hurtado, Esq. (*via email*)
    Mitchell J. Auslander, Esq. (*via email*)
    Kevin F. Cavaliere, Esq. (*via email*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/18/13

DUANE MORRIS LLP

SPEAR TOWER, ONE MARKET PLAZA, SUITE 2200    PHONE: +1 415 957 3000   FAX: +1 415 957 3001
SAN FRANCISCO, CA 94105-1127