UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY, :
:
                Plaintiff, :
:
      -against- :    No. 12 Civ. 5787 (JGK)
:
THE CITY OF SAN DIEGO, :
:
                Defendant. :
:
CALIFORNIA STATE ASSOCIATION OF :
COUNTIES EXCESS INSURANCE AUTHORITY :
and INSURANCE COMPANY OF THE STATE OF :
PENNSYLVANIA, :
:
              Defendant-Intervenors. :
-------------------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant-Intervenor CSAC Excess Insurance Authority ("CSAC-EIA"), by and through its attorneys, hereby submits its Corporate Disclosure Statement and provides the following information to the Court:

CSAC-EIA is a joint powers authority organized under California law. It is not a publicly traded corporation.

10069745.1

Dated: New York, New York
August 12, 2013

WILLKIE FARR & GALLAGHER LLP

By: /s/ Mitchell J. Auslander

Mitchell J. Auslander
Kelly M. Hnatt
787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
mauslander@willkie.com
khnatt@willkie.com

*Attorneys for CSAC Excess Insurance Authority*