UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SAN DIEGO,<br><br>Defendant | Case No. 12-cv-5787 (JGK-KNF)<br>ECF Case<br>Courtroom: 12B<br>Judge: Hon. John G. Koeltl<br>Counterclaim Filed: July 27, 2012<br>F.A.C. Filed: August 14, 2012<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant, The City of San Diego, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 3rd day of October, 2013.

November 1, 2013        By:  /s/ Caroline R. Hurtado

Finley T. Harckham
Dennis J. Artese
David P. Bender Jr. (admission pending, pro hac vice)
Caroline R. Hurtado (admission pending, pro hac vice)
Michael J. Stoner (admission pending, pro hac vice)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: (212) 278-1000
F: (212) 278-1733

*Attorneys for the City of San Diego*