UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,    :
:
Plaintiff,    :
:
-against-    :    No. 12 Civ. 5787 (JGK)
:
THE CITY OF SAN DIEGO,    :    **NOTICE OF APPEAL**
:
Defendant.    :
:
CALIFORNIA STATE ASSOCIATION OF    :
COUNTIES EXCESS INSURANCE AUTHORITY    :
and INSURANCE COMPANY OF THE STATE OF    :
PENNSYLVANIA,    :
:
Defendant-Intervenors.    :
------------------------------------------------------------------X
------------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,    :
:
Plaintiff,    :
:
-against-    :    No. 13 Civ. 3246 (JGK)
:
CALIFORNIA STATE ASSOCIATION OF    :
COUNTIES EXCESS INSURANCE AUTHORITY    :
and INSURANCE COMPANY OF THE STATE OF    :
PENNSYLVANIA,    :
Defendants.    :
------------------------------------------------------------------X
------------------------------------------------------------------X
INDIAN HARBOR INSURANCE COMPANY,    :
:
Plaintiff,    :
:
-against-    :    No. 13 Civ. 4029 (JGK)
:
CALIFORNIA STATE ASSOCIATION OF    :
COUNTIES EXCESS INSURANCE AUTHORITY    :
and INSURANCE COMPANY OF THE STATE OF    :
PENNSYLVANIA,    :
Defendants.    :
------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that California State Association of Counties Excess Insurance Authority, defendant-intervenor in the above-captioned action No. 12 Civ. 5787 (JGK), and defendant in the above-captioned actions Nos. 13 Civ. 3246 (JGK) and 13 Civ. 4029 (JGK), hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in all three consolidated actions on October 4, 2013, granting plaintiff Indian Harbor Insurance Company's motion for summary judgment.

DATED:   New York, New York
         November 1, 2013

WILLKIE FARR & GALLAGHER LLP

  /s/ Kelly M. Hnatt
Mitchell J. Auslander
Kelly M. Hnatt
(Members of the Firm)

787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
mauslander@willkie.com
khnatt@willkie.com

*Attorneys for Defendant-Intervenor / Defendant
California State Association of Counties Excess
Insurance Authority*