**MANDATE**

N.Y.S.D. Case #
12-cv-5787(JGK)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of December, two thousand thirteen,

_____

Indian Harbor Insurance Company,

Plaintiff-Counter-Defendant - Appellee,

v.

The City of San Diego,

Defendant-Counter-Claimant - Appellant,

and,

California State Association of Counties Excess Insurance Authority,

Intervenor Defendant - Appellant.
_____

ORDER
Docket No. 13-4258 (CON)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 5, 2013

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/05/2013