S.D.N.Y.- N.Y.C.
12-cv-5787
Koeltl, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand fourteen.

Present:
  Robert D. Sack,
  Reena Raggi,
  Denny Chin,
    *Circuit Judges.*

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: May 07, 2014 |

Indian Harbor Insurance Company,

    *Plaintiff-Counter-Defendant-Appellee*,

  v.

The City of San Diego,

    *Defendant-Counter-Claimant-Appellant*,

and

California State Association of Counties Excess Insurance Authority,

    *Intervenor Defendant.*

13-4244 (L);
13-4258 (Con)

Appellant moves, in the appeal docketed under 13-4244, to certify a question of state law to the New York Court of Appeals. Upon due consideration, it is hereby ORDERED that the motion is DENIED without prejudice to renewal before the panel that hears the merits of the appeal.

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/07/2014